[No. 18379-6-I. Division One. April 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL L. CHRISTIE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00216-6, Gerald L. Knight, J.,

entered April 2, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.